UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILE ANDRA WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| MEGAN J. BRENNAN, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE, | ) ) ) | 3:20-CV-0181-G-BK |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* docket entry 15. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's motions to reinstate the case (docket entries 13, 14) are **GRANTED**. It is therefore **ORDERED** that this case is **REOPENED**. The plaintiff must effect proper service of process on the defendant by **January 4, 2021**. Failure to do so will result in dismissal, without further notice, of the plaintiff's claims against the defendant.

**SO ORDERED.**

November 19, 2020.

A. JOE FISH
**Senior United States District Judge**